UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 11-CV-00267 – RPM-BNB

Plaintiff(s): **MARC BROMBERG**

v.

Defendant(s): **STEPHEN E. SWANSON**

_____

## ORDER FOR DISMISSAL WITH PREJUDICE
_____

Upon review of the parties' Stipulation for Dismissal with Prejudice filed August 16, 2011, it is

ORDERED that this action against Defendant, Stephen Swanson, is dismissed with prejudice, with each party to pay his own attorneys fees and costs.

DATED this 17th day of August, 2011.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge